UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION – CANTON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-BK-60830 |
| | ) | |
| CHALLENGER 728, LLC | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | |
| | ) | JUDGE: WHIPPLE |
| | ) | |

## MOTION TO DELAY DISCHARGE BY 30 DAYS §4004(c)(2)

Now come Debtor, Challenger 728, LLC, by and through counsel, who humbly requests this court extend the debtor's discharge by 30 days under §4004(c)(2) because there may be an adversarial process opened in this matter. There is a pending class action in the CD of CA, case number 8:24-CV-00285, that affects the instant matter with regard to the validity of the cognovit notes signed by the debtor and the debtor's agents.

Counsel here is in discussions with Bovino Law of Aspen, CO, to cross-correlate these two cases to understand what effect the CA case will have on the outcome of this one. A 30-day delay in this matter will not prejudice any creditor.

Respectfully submitted,

    /s/ Mark Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Challenger 728, LLC

1

# CERTIFICATE OF SERVICE

**Parties to be served via the Court's Electronic Case Filing System: these entities and individuals are listed on the Courts Electronic Mail Notice List:**

**25-60830-maw Notice will be electronically mailed to:**

Mark Franklin Graziani on behalf of Debtor Challenger 728, LLC
mark_graziani@yahoo.com

Melissa M. Macejko
akrontr@suharlaw.com, mmm@trustesolutions.net; scampbell@suharlaw.com; mstewart@suharlaw.com

Jeffrey Madison on behalf of Creditor THE HUNTINGTON NATIONAL BANK
jmadison@parkstreetlg.com

David M. Neumann on behalf of Creditor Hudson Village Finance Company LLC
dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

**25-60830-maw Notice will not be electronically mailed to:**

John Wood
99 First St
Hudson, OH 44236